**IN THE UNITED STATES OF DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Judge Robert E. Blackburn**

**Date:  March 23, 2007**

Courtroom Deputy: Ginny Kramer
Court Reporter:   Suzanne Claar
Probation Officer: Keith Williams

---

**Criminal Case No.  06-cr-00160-REB**

UNITED STATES OF AMERICA,                              Gregory Holloway

v.

TERRY ANTHONY TERRETETA,                              Scott Varholak
         Defendant.

---

**SENTENCING MINUTES**

---

**1:30 p.m.      Court in session.**

The Defendant is present in Court (on bond).

The .Court's opening remarks.

Pursuant to 18 U.S.C. § 3352 and F.R.Cr.P. 32, the Probation Department has conducted a presentence investigation and has filed a presentence report and addendum.

Counsel for the defendant informs the Court that he has read and discussed the presentence report with the defendant.

Defendant's counsel made a statement on behalf of the defendant, offered information in mitigation of his punishment and commented on the probation officer's determinations and other matters affecting sentence.

The Defendant is sworn.

Statement to the court by the defendant.

Statement to the court by the government.

The Court has considered all relevant matters of fact and law, including the following:

1.  The nature and circumstances of the offense for which the defendant is being sentenced.
2.  The history and characteristics of the offender.
3.  The authorized sentences under 18 U.S.C. § 3551.
4.  The presentence report and addendum.
5.  The advisory sentence guidelines.
6.  The factors to be considered in imposing sentence pursuant to 18 U.S.C. § 3553(a)(2).
7   The position of the government, the defendant, and the probation department.

The Court enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

**It was ordered as follows:**

1.  That the plea agreement of the parties as stipulated in Court's Exhibits 1 and 2 is formally approved.

2.  That the Government's Motion for Downward Departure Pursuant to 5K1.1 [#18] filed February 27, 2007 is **granted.**  That Government's Motion for Decrease for Acceptance of Responsibility [#19] filed February 27, 2007, is **granted**.  That the Government's Motion to Dismiss Counts 2, 3, and 4 as to Defendant Terreteta only [#20] filed February 27, 2007, is **granted**; provided furthermore, that Counts 2, 3, and 4 of the Indictment are **dismissed with prejudice**.

3.  That judgment of conviction under Fed.R.Crim.P 32(k) is entered on Count One of the Indictment.

4.  That pursuant to 18 U.S.C. § 3583, the defendant is now placed on supervised probation for a term of **twelve (12) months**, as to Count One of the Indictment.

5.  That immediately following the conclusion of this sentencing hearing, the defendant shall report in person to Probation Officer Mr. Keith Williams, to schedule an appointment and time to read, review, discuss, and sign the

conditions of supervised probation now required and ordered by this court.

6.    That while on supervised probation, the defendant shall comply with all mandatory conditions of supervised release, prescribed by law at 18 U.S.C. §3583(d) and USSG §5D1.3(a).

7.    That while on supervised probation, the defendant shall comply with all standard conditions of supervised release in effect throughout this district as imposed by the court.

8.    That while on supervised probation, the defendant shall comply with the following explicit or special conditions of supervised release:

- that the defendant shall not violate any federal, state, or municipal statute, regulation, or ordinance in any jurisdiction or place where he may be during the term of his supervised release;

- that the defendant shall not possess or use illegally controlled substances;

- that the defendant shall not possess or use any firearm or destructive device as defined under federal law at 18 U.S.C. § 921;

- that the defendant shall cooperate in the collection of a sample of his DNA;

- that defendant shall submit to one drug test within fifteen days from his release from the entry of judgment, as directed by the probation department, and thereafter, to a least two periodic tests for the use of controlled substances as directed and determined by the court;

- That the defendant as directed by the probation department, and at his own expense, unless indigent, shall undergo a substance abuse evaluation, and thereafter and at his own expense, receive any treatment, therapy, testing, or education prescribed by that evaluation or as directed by the probation department or as ordered by the court;

- That the defendant shall abstain from the use of alcohol and other intoxicants during the course of any such treatment, therapy, counseling, testing, or education;

- That the defendant shall be subject to home detention for a term of six months, to commence within twenty-one (21) days of the date of

3

sentencing, as arranged, scheduled, and coordinated by the probation department, having full and complete cooperation of the defendant;

- That the defendant shall remain at his place of residence at all times, other that time necessary for employment or other activities approved in advance by the probation department;
- That home detention shall be enforced by electronic monitoring; provided furthermore, to facilitate such electronic monitoring, the defendant shall maintain a telephone at his place of residence, free of any special services, modems, answering machines, or cordless telephones; and

- That the defendant shall wear electronic monitoring devices and comply with all other procedures specified by the probation department at his own expense.

11.    That no fine is imposed.

12.    That the defendant shall pay forthwith a special victim's fund assessment of $100.00.

13.    That the mandatory drug-testing provisions of 18 U.S.C. § 3583(d) are imposed.

The Defendant waives formal advisement of appeal.

**1:55 p.m.       Court in recess.**

*Total in court time: 00:25 minutes  - Hearing concluded*

4